Adam Winner
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
adamw@alaskainjury.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLISON CORK, AS MOTHER AND GUARDIAN OF G.M., A MINOR CHILD,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:25-CV-00128-SLG |

# COMPLAINT

COMES NOW the plaintiff, Allison Cork, as mother and Guardian of G.M., a minor child, by and through her attorneys, BARBER & ASSOCIATES, LLC, and for her complaint against defendant UNITED STATES OF AMERICA, does state and allege as follows:

## PARTIES

1. That at all times material hereto, plaintiff was and is a resident of Seattle, WA.

4772/01 Complaint
Allison Cork as mother and guardian of G.M., a minor v. United States of America
Page 1

2. The defendant is the United States of America.

## JURISDICTION, VENUE, AND TIMELINESS

3. This Court has subject matter jurisdiction under the Federal Tort Claims Act ("FTCA"); 28 U.S.C. 2671, et deq; and 28 U.S.C. 1346(b)(1).

4. Venue is proper in this Court, pursuant to 28 U.S.C. 1402, as this is the district wherein the acts complained of occurred.

5. Pursuant to 28 US.C. 2675(a), Plaintiff filed an administrative claim under the FTCA with the United States Coast Guard. Less than six months have elapsed since that claim was denied.

## FACTS

6. The U.S. Coast Guard allowed adults and minors to use a tower on a dock in Metlakatla, Alaska as a recreational diving platform.

7. On or about 8/5/23, G.M., a minor, was injured when he fell from the tower and landed on the dock before falling into the water and losing consciousness.

8. G.M. suffered extensive injury, fractured maxillary, fractured mandible, damaged and missing teeth, fractured left wrist, fractured left forearm, fractured left hand, abdominal injury, pulmonary injury, head injury, concussion, brain injury, respiratory failure and hypoxia.

## CLAIMS AGAINST THE UNITED STATES

9. That at all times material hereto, defendant owned and/or operated and/or

4772/01 Complaint
Allison Cork as mother and guardian of G.M., a minor v. United States of America
Page 2

maintained the dock and tower in question in Metlakatla, Alaska.

10. That at all times material hereto, defendant was responsible for maintaining and/or controlling access to the dock and tower in question in Metlakatla, Alaska.

11. Defendant had a duty to use care and diligence to maintain and/or control the dock and tower in a condition that was reasonably safe for intended users and free from defects and conditions which would render it dangerous and unsafe for G.M. and other users, or that would present an unreasonable risk of harm to G.M. and other users in their lawful use of the premises.

12. Defendant negligently maintained and/or controlled a tower on a dock in Metlakatla, Alaska allowing adults and minors to use the tower as a recreational diving platform which was a substantial factor in causing serious injury to G.M., a minor, who fell from the tower and landed on the dock before falling into the water and losing consciousness for which the defendant is liable.

13. Defendant was required to do whatever was necessary to put keep the dock and tower in a reasonably safe condition for reasonably foreseeable users.

14. Defendant was responsible for the safety of reasonably foreseeable users of the dock and tower.

15. Defendant's employees and/or agents knew or should have known that the dock and tower were used as a recreational diving platform by members of the community, including minors.

16. Defendant is liable for the actions and/or failures to act of its employees and/or agents under theories of vicarious liability and/or agency and/or respondeat superior.

17. The defendant is liable for any negligence of its independent contractors regarding maintenance of its walking surfaces pursuant to its non-delegable duty of land owner or possessor.

18. Defendant negligently failed to warn G.M. that the dock and tower were not safe to use as a recreational diving platform, which contributed as a substantial factor in causing injury to G.M. for which the defendant is liable.

19. Defendant was negligent in allowing the public to use the dock and tower as a recreational diving platform which contributed as a substantial factor in causing injury to G.M. for which the defendant is liable.

20. Defendant was negligent in failing to remove the tower which defendant knew or should have known that members of the community, including minors, were using as a recreational diving platform which contributed as a substantial factor in causing injury to G.M., for which the defendant is liable.

## CLAIMS FOR RELIEF

21. Defendant is liable for past and/or future: medical expense, pain, suffering, emotional distress, disability, loss of enjoyment of life, inconvenience, physical impairment, loss of earnings, diminished earning capacity, loss of non-market household

4772/01 Complaint
Allison Cork as mother and guardian of G.M., a minor v. United States of America
Page 4

Case 3:25-cv-00128-SLG     Document 1     Filed 06/18/25     Page 4 of 5

services, and other non-pecuniary damages to be more fully set forth at trial, all in an amount of damages in excess of $2,000,000 (TWO MILLION DOLLARS), the exact amount to be set by the trier of fact.

22. WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount in excess of $2,000,000 (TWO MILLION DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the Court deems just.

DATED at Anchorage, Alaska this 18th day of June, 2025.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: s/ Adam Winner
ADAM WINNER
AK Bar #1205041

4772/01 Complaint
Allison Cork as mother and guardian of G.M., a minor v. United States of America
Page 5

Case 3:25-cv-00128-SLG   Document 1   Filed 06/18/25   Page 5 of 5